UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Eaton Hydraulics, Inc.,

Plaintiff,

vs.

Winthrop Resources Corporation,

Defendant.

No. ~~00-CV-308~~ 01 CV 659 DSD/JMM

**STIPULATION AND ORDER FOR DISMISSAL *WITHOUT PREJUDICE***

WHEREAS, defendant Winthrop Resources Corporation ("WRC") has commenced a lawsuit before this court in the form of a case captioned, *Winthrop Resources Corporation v. Eaton Hydraulics, Inc., f/k/a Vickers, Inc., Civ. No 01-649 (~~RHK~~ DSD/JMM)* (the "WRC Lawsuit")

WHEREAS, the WRC Lawsuit involves the same claims, defenses, counterclaims, facts and legal issues as the above captioned lawsuit;

WHEREAS, WRC and Eaton Hydraulics, Inc. ("Eaton") have agreed that the interests of judicial economy and convenience of the parties and witnesses will be better served by addressing all legal issues in one case before a single U.S. District Court Judge; and

WHEREAS, WRC and Eaton have agreed that dismissal this lawsuit will not impair, prejudice, estop, or in any way alter WRC or Eaton's right to assert all facts, claims, defenses and matters addressed or asserted in this lawsuit in the WRC Lawsuit.

**NOW, THEREFORE,** Eaton and Winthrop, by and through their undersigned attorneys, do hereby stipulate and agree as follows:

1. That this lawsuit is dismissed *without prejudice;*

2. That this lawsuit is dismissed without costs, fees and disbursements to either WRC or Eaton, except as may be awarded in the WRC Lawsuit pursuant to a provision of a contract between WRC and Eaton;

3. That Eaton and WRC, by dismissing this lawsuit, do not waive, relinquish, or release any claim, defense or matter asserted therein; and

FILED 6-25-01
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. 6-25-01
Deputy Clerk's Initials ______

4. That all claims, defenses and other matters asserted in this lawsuit are hereby asserted with full force and effect in the WRC Lawsuit.

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By ________________________
Steven Kluz, Sr. (56765)
Raphael T. Wallander (297628)
Attorneys for Plaintiff Eaton Hydraulics, Inc.
333 South Seventh Street
Suite 2000
Minneapolis, Minnesota 55402
(612) 340-7916/335-3882

DATED: 6-20, 2001

WINTHROP & WEINSTINE

By ________________________
Therese M. Marso (22408X)
Attorneys for Defendant Winthrop Resources Corporation
3200 Minnesota World Trade Center
30 East Seventh Street
St. Paul, MN 55101
(651) 290-8414

DATED: 6/21/01, 2001

**ORDER**

Pursuant to the Stipulation above, a judgment of dismissal without prejudice shall be entered by the Court. Let judgment be entered accordingly.

BY THE COURT:

DATED: 6/22/01, 2000

________________________
The Honorable David S. Doty
Judge of District Court